IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:12-cr-170-3H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS DEVANE BREWINGTON,<br><br>**Defendant.** | ORDER |

Upon motion of Defendant Thomas Devane Brewington, it is hereby ORDERED that Docket Entry Number 139 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED THAT THE Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

THIS 4th day of March 2013.

_____
Malcolm J. Howard
Senior United States District Judge